```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-10-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALBERTO NIETO,                                         :       17 Civ. 2037 (RWL)
                          Plaintiff,                   :
                                                       :       **ORDER**
          - against -                                  :
                                                       :
VILLAGE RED RESTAURANT CORP. d/b/a                     :
WAVERLY RESTAURANT, 135 WAVERLY                        :
REALTY LLC, CHRISTINE SERAFIS, and                     :
NICHOLAS SERAFIS,                                      :
                                                       :
                          Defendants.                  :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Counsel for Defendants has notified the Court that Village Red Restaurant Corp. has filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York, 18-bk-10960. Because Village Red Restaurant Corp. and Nicholas Serafis have now initiated bankruptcy proceedings, this case is hereby STAYED.

      The parties shall file a status letter every 90 days setting forth the progress of the bankruptcy proceedings.

      The parties shall notify the Court if either bankruptcy case concludes.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     New York, New York
           April 10, 2018

Copies transmitted to all counsel of record.

1