UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALBERTO NIETO,  :  17-CV-2037 (RWL)
  :
          Plaintiff,  :  **ORDER**
  :
    - against -  :
  :
VILLAGE RED RESTAURANT CORP., et al.,  :
  :
          Defendants.  :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties have failed to timely submit a status letter as required by the Court's April 10, 2018 Order. Accordingly, the parties shall submit a status letter no later than **December 14, 2020**.

      Going forward, the parties shall file a letter every 6 months setting forth the status of the bankruptcy proceedings.

      The parties shall notify the Court within 10 days after the bankruptcy proceedings have arrived at the point where the stay of this case may be lifted.

                                 SO ORDERED.

                                 _____
                                 ROBERT W. LEHRBURGER
                                 UNITED STATES MAGISTRATE JUDGE

Dated: December 7, 2020
       New York, New York

Copies transmitted this date to all counsel of record.